# CHEATHAM COUNTY SHERIFF'S OFFICE
## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**  **Report Type:** Initial Report

| | | | |
|---|---|---|---|
| **Agency** | CHEATHAM COUNTY SHERIFF OFFICE | **Location** | 2024 MOSLEY FERRY ROAD CHAPMANSBORO TENNESSEE 37035 |
| **Case #** | 180821-0147 | | |
| **File #** | | | |
| **Description** | 911 HANG-UP X3 INVESTIGATION / AGGRAVATTED ASSAULT ( ON L.E.O. ) X2 | | |
| **Incident Status** | CLEARED BY ARREST | **From Date/Time** | 08/21/2018 21:15 |
| | | **To Date/Time** | 08/21/2018 21:57 |
| | | **Report Date** | 08/21/2018 21:57 |
| **Reporting Officer** | FOUST, MICHAEL | **Initial Rep. Date** | 08/21/2018 21:57 |

## OFFENSE(S)

| | |
|---|---|
| **Offense** | AGGRAVATED ASSAULT ON AN OFFICER(MUST HAVE DNA SWAB) (FEL) |
| **Statute** | 39-13-102 |
| **Attempt Status** | COMPLETED |
| **Offense Status** | ACTIVE |
| **Location** | RESIDENCE/HOME |
| **Computer** | N   **Alcohol** N   **Drug** N |
| **Weapons** | UNKNOWN |
| **Criminal Activity** | NONE/UNKNOWN GANG |
| **Bias Type** | NONE (NO BIAS)   **Bias Motivation** |

## COMPLAINANT

| | | | |
|---|---|---|---|
| **Name** | CHEATHAM CO 911 CENTER, | | |
| **Address** | 100 COURT SQUARE  ASHLAND CITY TN 37015 | **Phone** | 615-___-____ |
| **Race** | | **Ethnic** | **Sex**   **DOB** \*\*/\*\*/\*\* (\*\*\*) |
| **Height** | | **Weight** | **Hair**   **Eyes** |
| **S.S.N.** | ___-__-____ | **DL & St.** | **JRN#** |

## VICTIM(S)

| | | | |
|---|---|---|---|
| **Name** | FOX, JAMES DOUGLAS | | |
| **Address** | 200 COURT SQUARE ST. ASHLAND CITY, TN 37015 | **Phone** | ___-___-____ |
| **Race** | W | **Ethnic** N | **Sex** M   **DOB** \*\*/\*\*/\*\* (\*\*\*) |
| **Height** | | **Weight** | **Hair** BRO   **Eyes** HZL |
| **S.S.N.** | ___-__-____ | **DL.& St.** | **JRN#** |
| **Type of Victim** | INDIVIDUAL | **Victim Of** LEOKA | **Injury Type** NONE |
| **Homicide/Assault Circumstance** | ASSAULT ON L.O. | | |

Case No: 180821-0147

| | |
|---|---|
| **Name** | AUSTIN, CHRISTOPHER |
| **Address** | 200 COURT SQUARE  ASHLAND CITY, TN 37015 |
| **Phone** | ___-___-____ |
| **Race** | W |
| **Ethnic** | N |
| **Sex** | M |
| **DOB** | **/**/** (***) |
| **Height** | |
| **Weight** | |
| **Hair** | |
| **Eyes** | |
| **S.S.N.** | ___-__-____ |
| **DL.& St.** | |
| **JRN#** | |
| **Type of Victim** | INDIVIDUAL |
| **Victim Of** | LEOKA |
| **Injury Type** | NONE |
| **Homicide/Assault Circumstance** | ASSAULT ON L.O. |

## SUBJECT(S)

| | |
|---|---|
| **Name** | CAMPBELL, MARK DOUGLAS SR |
| **Address** | 2024 MOSLEY FERRY ROAD  CHAPMANSBORO, TN 37035 |
| **Phone** | 615-719-8187 |
| **Race** | W |
| **Ethnic** | N |
| **Sex** | M |
| **DOB** | **/**/** (***) |
| **Height** | 6'00" |
| **Weight** | 210 |
| **Hair** | BRO |
| **Eyes** | BLU |
| **S.S.N.** | ***-**-**** |
| **DL & St.** | ******** |
| **JRN#** | 1808210147 |
| **Sub. Type** | ARRESTEE |
| **Arrest ID** | 180821-0147 |
| **Citation #** | |
| **Notes** | |

| | |
|---|---|
| **Name** | MCEACHRON, CHARLES |
| **Address** | 233 TENNESSEE WALTZ PARKWAY  ASHLAND CITY, TN 37015 |
| **Phone** | ___-___-____ |
| **Race** | W |
| **Ethnic** | N |
| **Sex** | M |
| **DOB** | **/**/** (***) |
| **Height** | |
| **Weight** | |
| **Hair** | BRO |
| **Eyes** | |
| **S.S.N.** | ___-__-____ |
| **DL & St.** | |
| **JRN#** | |
| **Sub. Type** | WITNESS |
| **Arrest ID** | |
| **Citation #** | |
| **Notes** | ASHLAND CITY POLICE DEPT |

| | |
|---|---|
| **Name** | NICHOLS, WENDELL DEAN |
| **Address** | 1008 CIVIC COURT  PLEASANT VIEW, TN 37147 |
| **Phone** | ___-___-____ |
| **Race** | W |
| **Ethnic** | N |
| **Sex** | M |
| **DOB** | **/**/** (***) |
| **Height** | 6'03" |
| **Weight** | 240 |
| **Hair** | BRO |
| **Eyes** | BRO |
| **S.S.N.** | ___-__-____ |
| **DL & St.** | |
| **JRN#** | |
| **Sub. Type** | WITNESS |
| **Arrest ID** | |
| **Citation #** | |
| **Notes** | PLEASANT VIEW POLICE DEPT |

| | |
|---|---|
| **Name** | ERB, CARL |
| **Address** | 233 TENNESSEE WALTZ PARKWAY  ASHLAND CITY, TN 37015 |
| **Phone** | ___-___-____ |
| **Race** | W |
| **Ethnic** | N |
| **Sex** | M |
| **DOB** | **/**/** (***) |
| **Height** | 5'10" |
| **Weight** | 175 |
| **Hair** | BLD |
| **Eyes** | BRO |
| **S.S.N.** | ___-__-____ |
| **DL & St.** | |
| **JRN#** | |
| **Sub. Type** | WITNESS |
| **Arrest ID** | |
| **Citation #** | |
| **Notes** | ASHLAND CITY POLICE DEPT |

Case No: 180821-0147

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | SPENCER, ANDREW | | | | | |
| **Address** | 233 TENNESSEE WALTZ PARKWAY  ASHLAND CITY, TN 37015 | | | | **Phone** | ___-___-____ |
| **Race** | | **Ethnic** | | **Sex** | **DOB** | **/**/** (***) |
| **Height** | | **Weight** | | **Hair** | **Eyes** | |
| **S.S.N.** | ___-__-____ | **DL & St.** | | **JRN#** | | |
| **Sub. Type** | WITNESS | **Arrest ID** | | **Citation #** | | |
| **Notes** | ASHLAND CITY POLICE DEPT | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | CAMPBELL, SHERRIE | | | | | |
| **Address** | 2024 MOSLEY FERRY ROAD  CHAPMANSBORO, TN 37035 | | | | **Phone** | ___-___-____ |
| **Race** | | **Ethnic** | | **Sex** | **DOB** | **/**/** (***) |
| **Height** | | **Weight** | | **Hair** | **Eyes** | |
| **S.S.N.** | ___-__-____ | **DL & St.** | | **JRN#** | | |
| **Sub. Type** | WITNESS | **Arrest ID** | | **Citation #** | | |
| **Notes** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | BROWN, GARY | | | | | |
| **Address** | 233 TENNESSEE WALTZ PARKWAY  ASHLAND CITY, TN 37015 | | | | **Phone** | ___-___-____ |
| **Race** | B | **Ethnic** | N | **Sex** M | **DOB** | **/**/** (***) |
| **Height** | | **Weight** | | **Hair** BRO | **Eyes** | BRO |
| **S.S.N.** | ___-__-____ | **DL & St.** | | **JRN#** | | |
| **Sub. Type** | WITNESS | **Arrest ID** | | **Citation #** | | |
| **Notes** | ASHLAND CITY POLICE DEPT | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | WAGONER, JORDAN | | | | | |
| **Address** | 1008 CIVIC COURT  PLEASANT VIEW, TN 37146 | | | | **Phone** | ___-___-____ |
| **Race** | | **Ethnic** | | **Sex** | **DOB** | **/**/** (***) |
| **Height** | | **Weight** | | **Hair** | **Eyes** | |
| **S.S.N.** | ___-__-____ | **DL & St.** | | **JRN#** | | |
| **Sub. Type** | WITNESS | **Arrest ID** | | **Citation #** | | |
| **Notes** | PLEASANT VIEW POLICE DEPT | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | PAULSON, JESSIE ALAN | | | | | |
| **Address** | 100 COURT SQUARE  ASHLAND CITY, TN 37015 | | | | **Phone** | 615-792-2098 |
| **Race** | W | **Ethnic** | N | **Sex** M | **DOB** | **/**/** (***) |
| **Height** | | **Weight** | | **Hair** | **Eyes** | |
| **S.S.N.** | ___-__-____ | **DL & St.** | | **JRN#** | | |
| **Sub. Type** | WITNESS | **Arrest ID** | | **Citation #** | | |
| **Notes** | CHEATHAM COUNTY 911 CENTER | | | | | |

## PROPERTY

| | |
|---|---|
| **Property Category** FIREARM ACCESSORIES | **Loss Type** EVIDENCE |
| **Description** ITEM# 1 SPENT CASING FROM FRONT YARD. COLLECTED 8-22-18 AT 0013hrs | |
| **Notes** | |

| Make | FEDERAL | Model | MATCH AMMUNITION | Style | AMMO |
|---|---|---|---|---|---|
| Serial No / VIN | | | | Color | SILVER |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| | |
|---|---|
| **Property Category** FIREARM ACCESSORIES | **Loss Type** EVIDENCE |
| **Description** ITEM # 2 SPENT CASING FROM FRONT YARD. COLLECTED 8-22-18 AT 0017hrs | |
| **Notes** | |

| Make | FEDERAL | Model | | Style | AMMO |
|---|---|---|---|---|---|
| Serial No / VIN | | | | Color | SILVER |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| | |
|---|---|
| **Property Category** FIREARM ACCESSORIES | **Loss Type** EVIDENCE |
| **Description** ITEM # 3 SPENT CASING FROM FRONT YARD. COLLECTED 8-22-18 AT 0021hrs. | |
| **Notes** | |

| Make | | Model | | Style | |
|---|---|---|---|---|---|
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| | |
|---|---|
| **Property Category** CHEMICALS | **Loss Type** EVIDENCE |
| **Description** ITEM #4 FREEZE + P , OC/CS SPRAY COLLECTED 8-22-18 AT 0025hrs | |
| **Notes** | |

| Make | FREEZE +P | Model | PEPPER SPRAY | Style | OC/CS |
|---|---|---|---|---|---|
| Serial No / VIN | | | | Color | WHITE,BLACK |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

Case No: 180821-0147

| Property Category | FIREARM ACCESSORIES | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | ITEM# 10 .40 CALIBER PROJECTILE FROM INSIDE FREEZER. COLLECTED 8-22-18 AT 0005hrs | | | |
| Notes | | | | |
| Make | FEDERAL | Model MATCH AMMUNITION | Style | AMMO |
| Serial No / VIN | | | Color | SILVER |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | PORTABLE ELECTRONIC COMMUNICATIONS | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | ITEM #11 BLK CELL PHONE | | | |
| Notes | RETURNED TO OWNER/// | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | CAMPING/HUNTING/FISHING EQUIPMENT/SUPPLIES | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | ITEM #12 IGLOO COOLER COLLECTED 8-22-18 AT 0100hrs | | | |
| Notes | | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | MONEY | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | $40.00 CASH | | | |
| Notes | TAKEN TO BOOKING TO ADD TO SUBJECTS PROPERTY 8-22-18/// | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | PURSES/HANDBAGS/WALLETS | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | CARD WALLET W/ 3 MASTERCARDS AND MISC CARDS AND TN DL/// | | | |
| Notes | TAKEN TO BOOKING TO ADD TO SUBJECTS PROPERTY/// | | | |
| Make | | Model | | Style |
| Serial No / VIN | | | | Color |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | | Loss Value |
| Rec Date | | Rec Quantity | | Rec Value |
| Drug Type | | Drug Quantity | | Drug UOM |

### INVESTIGATOR

| Name | FOUST, MICHAEL | Assigned Date | 08/22/2018 | Supplement No | 0 |
|---|---|---|---|---|---|

**Entered By**   FOUST, MICHAEL

**Officer**   FOUST, MICHAEL

**Supervisor**

# Incident # 180821-0147

FOUST, MICHAEL

ON August 21st, 2018 at 2115hrs , Cheatham County 911 received a  911 hang-up call from a disconnected cell-phone # 911-764-4590. Two more hang-up calls where received at 2118 & 2119hrs from the same number with no voice contact. The call was traced to the address of 2024 Mosley Ferry Rd in Chapmansboro, TN 37035.

Cheatham County Sheriff Deputy Christopher Austin was dispatched to address for the 911 hang-up call with Sgt. Douglas Fox  responding to assist. Upon the arrival of Deputy Austin and Sgt. Fox, the uniformed deputies approached the front door of the residence. Sgt. Fox knocked on the front door and a male subject's voice replied from inside the residence with a closed door. Sgt. Fox  identified Mark Campbell Sr. by his voice from previous personal contact from incidents in the past. Sgt Fox asked Campbell what was going on and to come outside to talk.

Mark Campbell Sr. asked the deputies if they had a gun?
 Campbell Sr. then repeated his question asking if they had a gun?
 Campbell Sr. then stated through the door " I have one for you". to the deputies.

Sgt Fox and Deputy Austin began retreating away from the front porch due to the comments made. During their retreat Sgt Fox observed the front door of the residence abruptly open with Campbell Sr. holding an item in his right hand believing it to be a handgun. Sgt. Fox further stated Campbell Sr. lifted his right hand as to point it at the two deputies. Sgt. Fox  fired his Glock, .40 caliber service weapon approx. 8 times at Campbell Sr. in the front door of the residence. Campbell Sr. was not struck nor injured with any rounds. He then fled through the house and exited out the rear door of the residence.

Campbell  Sr. was heard on body cameras of the deputies video's taunting the deputies stating " Y'all fucked up now". Also still continued to argue about the previous incident on August 21st, 2018 ( Cad# 180821-0126 )
involving a vehicle with emergency tags allegedly running him off the road as the deputies took cover behind their patrol vehicles in the driveway awaiting for back-up officers assistance.

Upon the assisting officers arrival, the area behind the residence was searched. Campbell Sr. was located hiding behind a tree. Verbal commands were given for him to get on the ground. Campbell Sr. was placed in custody and detained by Pleasant View Police Dept. Officer Wendell Nichols pending further investigation.

Deputy James Bertinotti transported Mark Campbell Sr. to the Cheatham County Booking for further processing without incident.  -EOR-