# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK CAMPBELL and SHERRIE CAMPBELL, | )<br>)<br>) |
| Plaintiffs, | )  Docket No.: 3:19-cv-00151<br>) |
| v. | )  Chief Judge Crenshaw<br>)  Magistrate Judge Frensley<br>) |
| JAMES DOUGLAS FOX, | )  JURY DEMAND<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, hereby give notice and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to stipulate to the dismissal of this action **with prejudice**.

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
*Counsel for Defendant James Douglas Fox*

/s/ *John H. Morris*
John H. Morris, BPR # 35789
NASHVILLE VANGUARD LAW, PLLC
Parkway Towers, Suite 102
404 James Robertson Parkway
Nashville, TN  37219
Phone: 615-229-5529
Fax: 615-679-9520
john.morris@nashvillevanguardlaw.com
*Attorney for Plaintiffs*


/s/ *Andrew S. Lockert*
Andrew S. Lockert, BPR #36606
Lockert Legal LLC
112 Frey Street
Ashland City, TN  37015
Phone: 865-776-0623
Fax: 615-792-4867
locklaw97@gmail.com
*Attorney for Plaintiffs*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of January, 2024, a true and correct copy of the foregoing has been forwarded via the U.S. District Court Electronic Filing System:

| | |
|---|---|
| John H. Morris, BPR # 35789 | Andrew S. Lockert, BPR #36606 |
| NASHVILLE VANGUARD LAW, PLLC | Lockert Legal LLC |
| Parkway Towers, Suite 102 | 112 Frey Street |
| 404 James Robertson Parkway | Ashland City, TN  37015 |
| Nashville, TN  37219 | Phone: 865-776-0623 |
| Phone: 615-229-5529 | Fax: 615-792-4867 |
| Fax: 615-679-9520 | locklaw97@gmail.com |
| john.morris@nashvillevanguardlaw.com | *Attorney for Plaintiffs* |
| *Attorney for Plaintiffs* | |


/s/ *Robyn Beale Williams*
Robyn Beale Williams