UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK CAMPBELL and SHERRIE CAMPBELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 3:19-cv-00151 ) ) |
| JAMES DOUGLAS FOX, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 139). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE